1

2

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 THOMAS TREHEARNE,                              No.  2:24-CV-0405-DMC-P

12                    Plaintiff,

13           v.                                   ORDER GRANTING IN FORMA PAUPERIS
                                                  STATUS
14 AMADOR COUNTY SHERIFF'S
   DEPUTIES,
15
                     Defendants.
16

17

18           Plaintiff, who is proceeding pro se, brings this civil rights action pursuant to   42

19 U.S.C. § 1983.  Pending before the Court are Plaintiff's motions for leave to proceed in forma

20 pauperis, ECF Nos. 2 and 5.  Plaintiff has submitted a declaration that makes the showing

21 required by 28 U.S.C. § 1915(a).  The requests to proceed in forma pauperis will, therefore, be

22 granted.  The sufficiency of Plaintiff's complaint will be addressed separately.

23           Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions for leave to

24 proceed in forma pauperis, ECF Nos. 2 and 5, are granted.

25

26 Dated:  May 22, 2024

27                                                _____
                                                  DENNIS M. COTA
28                                                UNITED STATES MAGISTRATE JUDGE

                                                  1